# Exhibit 1

October 16, 2017

The Honorable Ricardo S. Martinez
United States District Court

Dear Judge Martinez,

      I want to first and foremost accept full responsibility for my actions relating to the insider trading of Amazon stock. There is nobody else to blame but myself for my severe lapse in judgment in this case. Amazon entrusted me with access to highly sensitive financial information, and I violated that trust and have no excuses for my actions. I committed this offense out of selfishness, taking for granted what I had already worked hard to achieve. I've realized that this was a mistake way beyond my own comprehension at the time.

      I deeply regret that my actions have impacted many parties around me. First, by violating Amazon's trust, I've given them less reason to trust future employees with sensitive information. This may impede their ability to innovate and run their business, which they have done successfully for many years. I've also given the public less reason to trust Amazon and its ability to protect their sensitive information. This has negatively impacted Amazon's image of being a safe platform to do business, one of their proudest features as an e-commerce provider to hundreds of thousands of sellers and hundreds of millions of customers. Amazon has a far-reaching business and I feel I've not only let them down, but also their buyers and sellers all the same.

      I understand that I have reduced trust in the financial markets by both the national and international communities. My actions undermined the integrity of these markets by essentially cheating the system by way of revealing non-public information to someone with the ability to make significant financial gains from this information. The financial markets have a long-spanning history and a significant economic involvement in the American economy. For this I regret having challenged its principles that enabled America to be the hugely successful economy that it is today.

      Finally, I feel I have let down my family. My parents did a great job of raising me to be a good person and to always do the right thing. They have been very supportive of me since I told them about what happened, however I know in my heart that I let them down. They did everything they could have done to mold me into a successful member of society, and I defied all of it after 24 years of lessons and learnings. Additionally, my 11 nieces and nephews, ranging in age from 2 months to 16 years, old looked up to me. I was meant to set a good example for them and show them how to behave so that they themselves could grow up to do good in this world,

but I took that opportunity away from them. I failed that task miserably and I know that I've lost their trust as a role model for many years to come, if not indefinitely. For this reason, they must now fill that gap with other role models to develop them into proper adults.

I'd like to put this case behind me as quickly as I can. My conduct was a one-time occurrence, and I firmly believe I was a successful member of society in all other regards. I have been striving to return to living the way I did before this incident, and plan to keep that up indefinitely.

Before I knew of the investigation, I had put in my resignation at Amazon with plans to travel the world and work remotely as a financial analyst for an adventure tour company, Life Before Work. If it is still an option, this is what I would like to pursue once I have served my punishment. If it's not an option, I am confident that I will find something I love doing, whether it be working for someone else or creating my own company. I'm not sure yet what that would be, but I do know that I don't want to just be another name on a payroll; I want to make a significant impact in the world by changing the way people live. It is something I've thought about a lot in recent months and it's what I would focus on if I was sentenced to a term of imprisonment. That's to say, in prison, I would keep focused on the future and my reintegration into society. Ultimately I plan to live by myself in Seattle, a city that I consider my home after residing there for seven years. It's where I went to college, it's where I got my first internship and job, and it's where most of my friends whom still strongly support me today reside. I would be easily able to visit my family in Whatcom County, but also stay in the city where I know I belong.

I hope my words in this letter are received genuinely, because they reflect what has been on my mind for the last six months. I wake up every day with the pain of regret for my actions, wishing I had never been so foolish to make this mistake. I was literally weeks away from realizing my dream to travel the world freely in my 20s, and it disappeared in an instant. I have been extremely humbled from this experience and am prepared to accept any punishment that is justified for my actions.

Kind Regards,

Brett Kennedy